STEPHEN M. HARBER, STATE BAR #119830
AMY A. EVENSTAD, STATE BAR #305828
NIA S. HARBOUR, STATE BAR #352294
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500 | Facsimile: (213) 689-2501
sharber@mccuneharber.com; aevenstad@mccuneharber.com;
nharbour@mccuneharber.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE LLAMAS, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>V.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-25, INCLUSIVE,<br><br>DEFENDANTS. | Case No: 5:24-cv-01735 SSS (SHKx)<br>District Judge Sunshine Suzanne Sykes<br>Magistrate Judge Shashi H. Kewalramani<br><br>**JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**(SBSC Case No. CIVSB2416727)**<br>**(Complaint filed on May 14, 2024)**<br><br>Trial Date: January 12, 2026 |

Plaintiff GEORGE LLAMAS and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. A Mandatory Settlement Conference ("MSC") is currently scheduled in this matter for August 12, 2025.
2. Good cause exists to continue the MSC for approximately 45 days to allow the parties to engage in meaningful settlement negotiations. Specifically, the Independent Medical Examination ("IME") of Plaintiff is scheduled for August

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

27, 2025, and the parties believe that the IME findings may assist in facilitating productive discussions at the MSC.

3. The parties jointly request that the Court continue the MSC to a date convenient to the Court on or after September 29, 2025, subject to the Court's availability.

DATED: August 6, 2025

McCUNE & HARBER, LLP

By: ______________________________
STEPHEN M. HARBER, ESQ.
AMY A. EVENSTAD, ESQ.
NIA S. HARBOUR, ESQ.
Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

DATED: August 6, 2025

PAGE & NGUYEN, APC

By: ______________________________
PARIS PAGE, ESQ.
TRACY NGUYEN, ESQ.
Attorney for Plaintiff, GEORGE LLAMAS