STEPHEN M. HARBER, STATE BAR #119830
AMY A. EVENSTAD, STATE BAR #305828
NIA S. HARBOUR, STATE BAR #352294
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500 | Facsimile: (213) 689-2501
sharber@mccuneharber.com; aevenstad@mccuneharber.com;
nharbour@mccuneharber.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

GEORGE LLAMAS, AN INDIVIDUAL,

PLAINTIFF,

V.

COSTCO WHOLESALE CORPORATION, and DOES 1-25, INCLUSIVE,

DEFENDANTS.

Case No: 5:24-cv-01735 SSS (AJRx)
District Judge Sunshine Suzanne Sykes
Magistrate Judge A. Joel Richlin

**JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER**

**(SBSC Case No. CIVSB2416727)**
**(Complaint filed on May 14, 2024)**

Trial Date: January 12, 2026

**~~[PROPOSED]~~ ORDER**

The court has reviewed the parties' joint stipulation to continue the mandatory settlement conference currently scheduled for August 12, 2025.

Good cause appearing, the court hereby orders as follows:

1. The mandatory settlement conference currently set for august 12, 2025, is hereby continued.

2. The new mandatory settlement conference date shall be October 1, 2025, at 9:30 a.m..

It is so ordered.

DATED: 8/27/2025

By: [signature]
Hon. A. Joel Richlin
U.S. Magistrate Judge

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501