STEPHEN M. HARBER, STATE BAR #119830
AMY A. EVENSTAD, STATE BAR #305828
NIA S. HARBOUR, STATE BAR #352294
MCCUNE & HARBER, LLP
515 SOUTH FIGUEROA STREET, SUITE 1100
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213) 689-2500 | FACSIMILE: (213) 689-2501
SHARBER@MCCUNEHARBER.COM; AEVENSTAD@MCCUNEHARBER.COM; NHARBOUR@MCCUNEHARBER.COM
ATTORNEYS FOR DEFENDANT, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GEORGE LLAMAS, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>V.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-25, INCLUSIVE,<br><br>DEFENDANTS. | Case No: 5:24-cv-01735 SSS-AJRx<br>District Judge Sunshine Suzanne Sykes<br>Magistrate Judge Hon. A. Joel Richlin<br>(Complaint filed on May 24, 2024)<br><br>**STIPULATION TO DISMISS**<br><br>Trial Date:   January 12, 2026 |

**TO THE HONORABLE SUNSHINE SUZANNE SYKES:**

**PLEASE TAKE NOTICE** that, Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties hereby stipulate and request that this entire action, against all served and unserved Defendants, be dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

///

///

///

///

///

**IT IS SO STIPULATED.**

DATED: January 7, 2026          McCUNE & HARBER, LLP

By: _/s/ Nia Harbour_____
    STEPHEN M. HARBER, ESQ.
    AMY A. EVENSTAD, ESQ.
    NIA S. HARBOUR, ESQ.
Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

DATED: January 7, 2026          PAGE & NGUYEN, APC

By: _____
    PARIS PAGE, ESQ.
    TRACY NGUYEN, ESQ.
Attorneys for Plaintiff, GEORGE LLAMAS

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501